UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA L. WHITAKER

Plaintiff,

V.                                                                         CIVIL ACTION NO.
                           `                                               Case No. 1:10-CV-00469

NATIONAL ENTERPRISE SYSTEM, INC.

Defendant.                                                         JULY 8, 2010

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed with prejudice and without costs,

subject to approval of the Court.

                                        THE PLAINTIFF

                                        BY/S/Bernard T. Kennedy
                                        Bernard T. Kennedy, Esquire
                                        The Kennedy Law Firm
                                        P.O. Box 657
                                        Edgewater, MD 21037
                                        Ph   (443) 607-8901
                                        Fax (443) 607-8903
                                        Fed. Bar # Md26843
                                        bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 07/08/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy